# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
RICHARD G. ZEH, SR. - CLERK

**ALBANY DIVISION**
JAMES T. FOLEY COURTHOUSE
445 BROADWAY, SUITE 330
ALBANY, NEW YORK 12207
(518) 257-1661
Fax:(518) 257-1650

**SYRACUSE DIVISION**
The Atrium
101 West Water St. Suite 310
Syracuse, NY 13202
(315) 295-1600
Fax (315) 295-1655

**UTICA DIVISION**
ALEXANDER PIRNIE FEDERAL BUILDING
10 BROAD ST, ROOM 230
UTICA NEW YORK 13501
(315) 793-8101
Fax:(315)793-8128

REPLY: Albany

January 15, 2009

CIGNA HealthCare of New York, Inc
subsidiary of CIGNA Corporation
Treasury Department
900 Cottage Grove Rd, C5TRS
Hartford, CT 06152

RE: 99-13641, F.W. Myers & Co., Inc. - Unclaimed Funds Check

Dear Mr. Barry R. McHale:

Please find enclosed a copy of the Voucher sent to District Court for payment of unclaimed funds on the above referenced case. If you do not receive payment from the District Court within three weeks, do not hesitate to contact me at (518) 257-1607.

Sincerely,

Dana Rosenberg
Financial Technician

Enclosure